IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-03288-RBJ

MARALEX DISPOSAL, LLC,

      Petitioner,

v.

THE ENVIRONMENTAL PROTECTION AGENCY,

      Respondent.

---

ORDER TRANSFERRING CASE TO AP DOCKET

---

      Pursuant to D.C.COLO.LCivR 40.1(a), with approval of Chief Judge Marcia S. Krieger and with

the consent of Judge John L. Kane it is ordered that this matter is transferred to the AP Docket and Judge

John L. Kane.

      DATED this 24th day of January, 2014.

                                 BY THE COURT:

                                   _____

                                   R. Brooke Jackson
                                   United States District Judge